No. 41914.—Protest 987004–G of Eclipse Import Corp. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 the noisemakers in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 41915.—Protests 972587–G, etc., of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 siren whistles and horns were held dutiable at 45 percent under paragraph 397. Cigarette whistles and noisemakers or novelties in part of bamboo were held dutiable at 45 percent under paragraph 409 on the authority of Abstract 39509.

BEFORE THE SECOND DIVISION, AUGUST 9, 1939

No. 41916.—Protest 316260–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Embroidered articles similar to those involved in *Amrein* v. *United States* (T. D. 49551) were held dutiable at 75 percent under paragraph 1430 as claimed. Articles in chief value of cellulose filaments like those involved in Abstract 37230 were held dutiable as compounds of cellulose at 60 percent under paragraph 31.

No. 41917.—Protest 201007–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of laces, embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41918.—Protest 213148–G of S. Shawiry (New York).

Opinion by TILSON, J. The record showed that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.